3/22/22, 2:21 PM Case 22-51665-jwc Doc 15 Filed 03/22/22 view (1024×1032) Entered 03/22/22 15:41:45 Desc Main Document Page 1 of 4

SUREPAYROLL

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator**.

**Name:** VICKI HUTCHINS
**Social Security #:** ***-**-0713
**Check Date:** 12/31/2021

Save as PDF

CADE-HILL INSURANCE AGENCY INC
PO BOX 17616
ATLANTA, GA 30316
(404) 622-0551

12/31/2021

PAY TO THE ORDER OF VICKI HUTCHINS
183 FOREST GLEN WAY
AVONDALE, GA 30002

**Net Pay $1,312.22**

| Check Date | Period Start | Period End | Worker ID | Net Pay |
|---|---|---|---|---|
| 12/31/2021 | 12/16/2021 | 12/31/2021 | 0ITN-71 | $1,312.22 |

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | $20.00 | 81.00 hrs | | **$1,620.00** | $35,751.00 |
| TOTAL HOURS & EARNINGS | | 81.00 hrs | 0.00 hrs | **$1,620.00** | $35,751.00 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | **$123.28** | $2,729.53 |
| FICA | **$100.44** | $2,216.56 |
| MEDFICA | **$23.49** | $518.39 |
| STATE-GA | **$60.57** | $1,554.47 |
| TOTAL TAXES | **$307.78** | $7,018.95 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | **$0.00** | $0.00 |

https://carsonfirm.mycase.com/documents/152258475/view 1/1

CADE-HILL INSURANCE AGENCY INC
628 MORELAND AVE SE
ATLANTA GA 30316-3850

1419

64-5/610 GA
15537

DATE 1/17/2022

PAY TO THE ORDER OF Vicki Hutchins $ 1600.00

Sixteen hundred 00/100 DOLLARS

Photo Safe Deposit® Details on back

Bank of America

ACH R/T 061000052

[illegible signature]

MP

FOR Jan 2 - 15

017

**CADE-HILL INSURANCE AGENCY INC**
628 MORELAND AVE SE
ATLANTA GA 30316-3850

1420

64-5/610 GA
15537

DATE Feb 3, 2022

PAY TO THE ORDER OF Vicki Hutchins $ 1920.00

One Thousand Nine hundred twenty 00/100 DOLLARS

Photo Safe Deposit® Details on back

**Bank of America**

ACH R/T 061000052

FOR Jan 16 - Feb 1, 2022

[signature]

⑈ 3017 ⑈

02/22/2022

CADE-HILL INSURANCE AGENCY INC
PO BOX 17616
ATLANTA, GA 30316

(404) 622-0551

NON-NEGOTIABLE

PAY TO THE ORDER OF HUTCHINS, VICKI NET $1,256.74

HUTCHINS, VICKI
183 FOREST GLEN WAY
AVONDALE, GA 30002

HUTCHINS, VICKI
WORKER ID : 0ITN-71
183 FOREST GLEN WAY
AVONDALE, GA 30002

| PERIOD START | 02/02/2022 | CHECK DATE | 02/22/2022 |
|---|---|---|---|
| PERIOD END | 02/15/2022 | CHECK NUMBER | 0 |

CADE-HILL INSURANCE AGENCY INC

PO BOX 17616
ATLANTA, GA 30316
(404) 622-0551

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | $20.00 | 77.00 hrs | | $1,540.00 | $1,540.00 |
| TOTAL HOURS & EARNINGS | | 77.00 hrs | 0.00 hrs | $1,540.00 | $1,540.00 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $111.40 | $111.40 |
| FICA | $95.48 | $95.48 |
| MEDFICA | $22.33 | $22.33 |
| STATE-GA | $54.05 | $54.05 |
| TOTAL TAXES | $283.26 | $283.26 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| TOTAL EARNINGS | $1,540.00 | $1,540.00 |
| TOTAL TAXES | $283.26 | $283.26 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | $1,256.74 | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals